UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GENEVA COLLINS, *individually and on behalf of others similarly situated*,

                       Plaintiff,

-against-                                    ORDER

ARLO NOMAD, LLC *d/b/a* Arlo Nomad, et al.,    20 Civ. 10786 (GBD)

                       Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, District Judge:

    The March 9, 2021 initial conference is hereby cancelled, in light this Court's mediation referral.

Dated: March 3, 2021
       New York, New York

                                                   SO ORDERED.

                                                   GEORGE B. DANIELS
                                                   UNITED STATES DISTRICT JUDGE