UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GENEVA COLLINS, *individually and on behalf of others similarly situated,*

        Plaintiff,

-against-

ARLO NOMAD, LLC (D/B/A ARLO NOMAD), AYYA HOTEL, LLC (D/B/A ARLO NOMAD), HELIX 31 ASSOCIATES, LLC (D/B/A ARLO NOMAD), QUADRUM HOSPITALITY GROUP, LLC, NELSON CORDELL, JAVIER EGIPACIO, MICHAEL DOE, AND AZIZ BACHAOUCH.

        Defendants.

1:20-cv-10786-GBD

**OFFER OF JUDGMENT**

        Pursuant to Rule 68 of the Federal Rules of Civil Procedure, defendant ARLO NOMAD, LLC ("Defendant"), on behalf of all defendants, hereby offers to allow judgment to be taken against it in the sum of Five Thousand dollars and Zero cents ($5,000.00) in connection with and for all of plaintiff Geneva Collin's ("Plaintiff") claims for relief, damages, fees, costs, and expenses in this action against all defendants.

        This Offer of Judgment is made for the purposes specified in Federal Rule of Civil Procedure 68, and neither this Offer of Judgment nor any judgment that may result from this Offer of Judgment shall be construed as either an admission of liability on the part of defendants, or any of them, or that Plaintiff has suffered any damages.

        This Offer of Judgment is made pursuant to the provisions of Rule 68 of the Federal Rules of Civil Procedure, and shall be deemed withdrawn unless Plaintiff serves written notice of her acceptance within fourteen (14) days of the date on which this Offer of Judgment was served. Any evidence of this Offer of Judgment shall be inadmissible except in any proceeding to

recover costs or attorneys' fees in this action. The payment amount shall be paid in one installment due twenty-one days (21) days after judgment is entered by the clerk of the court.

Dated: New York, New York
October 14, 2021

**FORDHARRISON, LLP**

  /s/ Bran Noonan
Bran Noonan, Esq.
Timothy M. Barbetta, Esq.
366 Madison Avenue, 7th Floor
New York, New York 10017
Tel: 212-453-5900
Email: bnoonan@fordharrison.com
*Attorneys for Defendants*