UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GENEVA COLLINS, *individually and on behalf of others similarly situated,*<br><br>　　　　　　　Plaintiff,<br><br>　　　-against-<br><br>ARLO NOMAD, LLC (D/B/A ARLO NOMAD), AYYA HOTEL, LLC (D/B/A ARLO NOMAD), HELIX 31 ASSOCIATES, LLC (D/B/A ARLO NOMAD), QUADRUM HOSPITALITY GROUP, LLC, NELSON CORDELL, JAVIER EGIPACIO, MICHAEL DOE, AND AZIZ BACHAOUCH.<br><br>　　　　　　　Defendants. | 1:20-cv-10786-GBD<br><br>**PROPOSED JUDGMENT** |

　　　A notice of acceptance of a Rule 68 Offer of Judgment having been filed on December 15, 2021; and defendant ARLO NOMAD ("Defendant"), on behalf of all defendants, having offered to allow judgment to be taken against it in the sum of Five Thousand dollars and Zero cents ($5,000.00), in connection with all of plaintiff Geneva Collins' ("Plaintiff") claims for relief, damages, fees, costs, and expenses in this action against all defendants; it is

　　　ORDERED and ADJUDGED that Judgment is entered in favor of Plaintiff and against Defendant, on behalf of all defendants in the total sum of Five Thousand dollars and Zero cents ($5,000.00), in connection with all of Plaintiff's claims for relief, damages, fees, costs, and expenses in this action against all defendants.

Dated: _____

　　　　　　　　　　　　　　　　　　　　　　　　By: _____