UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GENEVA COLLINS, *individually and on behalf of others similarly situated,*

Plaintiff,

-against-

ARLO NOMAD, LLC (D/B/A ARLO NOMAD), AYYA HOTEL, LLC (D/B/A ARLO NOMAD), HELIX 31 ASSOCIATES, LLC (D/B/A ARLO NOMAD), QUADRUM HOSPITALITY GROUP, LLC, NELSON CORDELL, JAVIER EGIPACIO, MICHAEL DOE, AND AZIZ BACHAOUCH.

Defendants.



1:20-cv-10786-GBD

**PROPOSED JUDGMENT**

A notice of acceptance of a Rule 68 Offer of Judgment having been filed on December 15, 2021; and defendant ARLO NOMAD ("Defendant"), on behalf of all defendants, having offered to allow judgment to be taken against it in the sum of Five Thousand dollars and Zero cents ($5,000.00), in connection with all of plaintiff Geneva Collins' ("Plaintiff") claims for relief, damages, fees, costs, and expenses in this action against all defendants; it is

ORDERED and ADJUDGED that Judgment is entered in favor of Plaintiff and against Defendant, on behalf of all defendants in the total sum of Five Thousand dollars and Zero cents ($5,000.00), in connection with all of Plaintiff's claims for relief, damages, fees, costs, and expenses in this action against all defendants.

Dated: MAR 0 7 2022

By: *George B Daniels*